UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

DAVID LASIC, JR.,                     No. CIV-S-05-0161 MCE/DAD

    Plaintiff,

  v.                                   **RELATED CASE ORDER**

DANA MORENO,

    Defendant.
_____/

DAVID LASIC, JR.,                     No. CIV-S-05-2068 LKK/PAN

    Plaintiff,

  v.

UNITED STATES POSTAL SERVICE
and UNITED STATES OF AMERICA,

    Defendants.
_____/

    Examination of the above-entitled civil actions reveals that these actions are related within the meaning of Local Rule 83-123(a) (E.D. Cal. 1997).

///

///

////

1

1  The actions involve many of the same defendants and are based on
2  the same or similar claims, the same property transaction or
3  event, similar questions of fact and the same questions of law,
4  and would therefore entail a substantial duplication of labor if
5  heard by different judges.  Accordingly, the assignment of the
6  matters to the same judge is likely to effect a substantial
7  savings of judicial effort and is also likely to be convenient
8  for the parties.
9      The parties should be aware that relating the cases under
10 Local Rule 83-123 merely has the result that both actions are
11 assigned to the same judge; no consolidation of the action is
12 effected.  Under the regular practice of this court, related
13 cases are generally assigned to the district judge and magistrate
14 judge to whom the first filed action was assigned.
15     IT IS THEREFORE ORDERED that the action denominated CIV-S-
16 05-2068 LKK/PAN, *David Lasic, Jr. v. United States Postal Service*
17 *and United States of America* is reassigned to Judge Morrison C.
18 England, Jr. and Dale A. Drozd for all further proceedings, and
19 any dates currently set in this reassigned case only is hereby
20 VACATED.  The parties are referred to the attached Order
21 Requiring Joint Status Report.  Henceforth, the caption on
22 documents filed in the reassigned case shall be shown as CIV-S-
23 05-2068 MCE/DAD.
24 ///
25 ///
26 ///
27 ///
28 ///

IT IS FURTHER ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

IT IS SO ORDERED.

DATED: November 2, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE