KEVIN V. RYAN (SBN 118321)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
ANDREW Y.S. CHENG (SBN 164613)
Assistant United States Attorney

    450 Golden Gate Avenue, 10th Floor
    San Francisco, California 94102-3495
    Telephone:  (415) 436-6813
    Facsimile:  (415) 436-6748
    Email:  andrew.cheng@usdoj.gov

Attorneys for Federal Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| DAVID LASIC, JR., | No. 2:05-cv-2068 MCE-DAD |
| Plaintiff, | consolidated with |
| | No. 2:05-cv-00161 MCE-DAD |
| v. | **E-FILING CASE** |
| UNITED STATES OF AMERICA, ET AL. | **ORDER OF APPEARANCE AT VDRP SESSION** |
| Defendant. | |

This matter came before this Court on the joint request of the parties for an order that Dana Moreno's insurance company representative attend the Voluntary Dispute Resolution Program ("VDRP") on May 24, 2006, at 10:00 a.m.

The Court finds that good cause exists for the Order because the mediator has already ordered the attendance of Kenton Kaplan and because Kaplan has refused to comply with the mediator's order. Moreover, all parties agree that the insurance company's appearance at the mediation is necessary for the case to settle. Finally, under this Court's local rules, the attendance by the insurer representative is mandatory.

///

///

///

///

1    The Court ORDERS the representative of McM Group – Program Division – Kenton Kaplan – to appear ~~either~~ (MCE) in person ~~or by phone~~ (MCE) on May 24, 2006 at the VDRP session that will start at 10:00 a.m as previously scheduled by Mediator Bruce Kilday. Failure to comply with this order may subject Kenton Kaplan to sanctions by this court (MCE).

Dated: May 23, 2006

                                       _____
                                       MORRISON C. ENGLAND, JR
                                       UNITED STATES DISTRICT JUDGE

ORDER GRANTING REQUEST FOR ORDER TO APPEAR AT VDRP SESSION,
C 2:05-cv-00161-MCE-DAD                2