KEVIN V. RYAN (SBN 118321)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
ANDREW Y.S. CHENG (SBN 164613)
Assistant United States Attorney

    450 Golden Gate Avenue, 10th Floor
    San Francisco, California 94102-3495
    Telephone:  (415) 436-6813
    Facsimile:   (415) 436-6748
    Email:      andrew.cheng@usdoj.gov

Attorneys for Federal Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| DAVID LASIC, JR., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA, DANA MORENO ET AL. <br><br> Defendant. | No. C 2:05cv-00161 MCE-DAD <br> (Consolidated with C 2:05 cv-2068-MCE) <br> **E-FILING CASE** <br><br> **JOINT STIPULATION AND ORDER TO CONTINUE SUMMARY JUDGMENT HEARING DATE, BRIEFING SCHEDULE, AND MOTION DEADLINES** <br><br> Date:   August 21, 2006 <br> Time:  9:00 a.m. <br> Ctrm:  Hon. Morrison C. England |

The parties, by and through their respective attorneys, request that the hearing on Dana Moreno's motion for summary judgment (currently scheduled for August 21, 2006, at 9:00 a.m.) be continued to **September 11, 2006, at 9:00 a.m.** This request is made to accommodate a request for an extension made by the plaintiff.

Plaintiff's opposition brief will be served by facsimile on defendant's counsel and filed electronically no later than **August 21, 2006, at 9:00 a.m.** Defendant's reply brief will be filed and served no later than **September 1, 2006**.

///

///

///

1  The parties further request that the last date for hearing any further motions for summary
2  judgment be extended to **November 27, 2006** from the current date of **October 16, 2006**. The
3  extension will allow the qualified immunity motion to be decided by this Court and will also
4  allow the parties to engage in further mediation before the second motion based on the Federal
5  Tort Claims Act must be filed.

Respectfully submitted,

KEVIN V. RYAN
United States Attorney

Dated: July 28, 2006        /s/ Andrew Y.S. Cheng
ANDREW Y.S. CHENG
Assistant United States Attorney

Dated: July 28, 2006        /s/ Philip Stillman
PHILIP STILLMAN
Attorney for Plaintiff

## ORDER

The hearing date for Dana Moreno's motion for summary judgment or motion to dismiss is continued to **September 11, 2006, at 9:00 a.m.** Plaintiff's opposition brief shall be filed and served no later than **August 21, 2006, at 9:00 a.m.** Defendant's reply brief will be filed and served on **September 1, 2006**. The last date to hear summary judgment motions in this case is extended to **November 27, 2006.**

**IT IS SO ORDERED.**

DATED: July 31, 2006

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE