Law Offices
**FLYNN & STILLMAN**
224 Birmingham Drive, Suite 1A4
Cardiff, California 92007
(888) 235-4279

PHILIP H. STILLMAN, Bar # 152861

Attorneys for plaintiff, DAVID LASIC

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID LASIC, JR., an individual,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>DANA MORENO; and DOES 1 through 10 inclusive,<br><br>　　　　Defendants.<br>_____<br>DAVID LASIC, JR., an individual,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>UNITED STATES POSTAL SERVICE; UNITED STATES OF AMERICA; and DOES 1 through 10 inclusive,<br><br>　　　　Defendants.<br>_____ | CASE NO.: CIV-05-00161-MCE/JFM<br>related to: Case No. CIV-S- 05-2068- MCE/DAD<br><br>*EX PARTE* APPLICATION FOR A ONE DAY EXTENSION OF TIME WITHIN WHICH TO FILE PLAINTIFF'S PAPERS IN OPPOSITION TO DEFENDANTBRIEFING SCHEDULE |

Plaintiff David Lasic hereby requests, pursuant to Fed. R. Civ. P. 6(b), a one day extension of time within which to file his papers in opposition to defendant Dana Moreno's Motion for Summary Judgment (other than the Separate Statement of Facts in Dispute and Additional Facts in Opposition to Moreno's Motion for Summary Judgment, which was filed this morning, August 21, 2006). Counsel for Moreno has stipulated to this short extension. As grounds for this application, Plaintiff states as follows:

1. Plaintiff's counsel's computer hard drive malfunctioned late last night as he was finalizing the Opposition to the Motion for Summary Judgment, which is due today. Although he was able to recover the Separate Statement of Facts in Dispute, which had already been backed up to his laptop computer, Plaintiff's counsel was unable to recover the Opposition and accordingly has had to recreate it this morning.

2. Because the research had already been completed and the Opposition had already been drafted, Plaintiff's counsel expects to have the Opposition recreated so that it can be filed tomorrow.

3. Plaintiff's counsel notified AUSA Andrew Cheng of the problem and his intention to file this Application. Mr. Cheng stipulated to the requested extension. In addition, Plaintiff's counsel provided Mr. Cheng with a "word processing" copy of the Separate Statement in order to facilitate his preparation of a response, and filed the Separate Statement of Disputed Facts electronically this morning, Monday, August 21.

4. Accordingly, Plaintiff's counsel requests an extension of time within which to file the remainder of his opposing papers until August 22, 2006. No other change in the briefing schedule is necessary.

**ARGUMENT**

**I.**

**GOOD CAUSE HAS BEEN ESTABLISHED**

Fed. R. Civ. P. 6(b) states that "the court for cause shown may at any time in its discretion with or without motion or notice order the period enlarged if request therefor is made before the expiration of the period originally prescribed or as extended by a previous order." As discussed above, good cause exists for

the short extension of time due to the problems with recreating the Opposition. The key document, the Separate Statement of Facts in Dispute, has already been filed and sent to opposing counsel. That would permit an orderly and thorough Opposition and aid consideration by the Court. Counsel for Moreno is not prejudiced in any way by the continuance and has in fact, agreed to it.

## II.

### COUNSEL FOR MORENO HAS INDICATED AGREEMENT TO THE EXTENSION

During their conference on Monday, August 21, at 8:45 a.m., when Mr. Stillman notified Mr. Cheng of the need for the short extension and his intention to file this *ex parte* application, Mr. Cheng graciously indicated that he agreed to the requested relief.

### CONCLUSION

Accordingly, Plaintiff David Lasic respectfully requests that this Court grant him the extension of time.

FLYNN & STILLMAN

Dated: August 21, 2006

By: _____
Philip H. Stillman, Esq.
Attorneys for Plaintiff David T. Lasic, Jr.

-2-