UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

DAVID LASIC, JR., an individual,

        Plaintiff,

  v.

DANA MORENO; UNITED STATES POSTAL SERVICE; UNITED STATES OF AMERICA; and DOES 1 through 10 inclusive,

        Defendants.

2:05-CV-0161-MCE-JFM

MEMORANDUM AND ORDER

----oo0oo----

On August 22, 2006, Plaintiff filed an Ex Parte Application seeking a one day extension to file Opposition to Defendants' Motion for Summary Judgment.[1] Plaintiff seeks this extension based on a computer malfunction. Plaintiff timely filed his Separate Statement of Facts in Dispute and Additional Facts in Opposition to Defendants' Motion for Summary Judgment.

---

[1] Because oral argument will not be of material assistance, the Court orders this matter submitted on the briefs. E.D. Cal. Local Rule 78-230(h).

1

1    On August 22, 2006, Plaintiff filed his Opposition.  On that
2 same day, Defendant Dana Moreno filed a Motion to Strike
3 Plaintiff's Opposition Brief on the ground that his Opposition
4 was filed in violation of this Court's local rules and Pretrial
5 Scheduling Order.  In addition, Defendant Moreno requests
6 permission to file her Reply with a page limit of 20 pages and an
7 extension to file her Reply on September 6, 2006.  Good cause
8 have been shown therefore, the Court GRANTS Plaintiff's Ex Parte
9 Application for a one day extension to file his Opposition.  The
10 Court DENIES Defendant Moreno's Motion to Strike Plaintiff's
11 Opposition.  However, the Court GRANTS Defendant Moreno
12 permission to file her Reply with a page limit of 20 pages and an
13 extension to file her Reply to and including September 6, 2006.
14    IT IS SO ORDERED.
15 DATED: August 25, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE