KEVIN V. RYAN (SBN 118321)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
ANDREW Y.S. CHENG (SBN 164613)
Assistant United States Attorney

    450 Golden Gate Avenue, 10th Floor
    San Francisco, California 94102-3495
    Telephone:  (415) 436-6813
    Facsimile:   (415) 436-6748
    Email:      andrew.cheng@usdoj.gov

Attorneys for Federal Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID LASIC, JR.,<br><br>        Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA, DANA MORENO ET AL.<br><br>        Defendant. | No. 2:05-cv-0161-MCE-DAD<br>(Consolidated No. 2:05-cv-2068-MCE)<br><br>**JOINT STIPULATION AND ORDER TO CONTINUE DATES AND REFER TO MAGISTRATE JUDGE FOR SETTLEMENT CONFERENCE**<br><br>Date:    November 13, 2006<br>Time:   9:00 a.m.<br>Ctrm:   Hon. Morrison C. England |

    The parties, by and through their respective attorneys, request that the hearing on Dana Moreno's motion for summary judgment (currently scheduled for November 13, 2006, at 9:00 a.m.) be continued to **November 27, 2006, at 9:00 a.m.** This request is made to accommodate a request for an extension made by the plaintiff.

    Plaintiff's opposition brief will be served by facsimile on defendant's counsel and filed electronically no later than **November 6, 2006.** Defendant's reply brief will be filed and served no later than **November 20, 2006**.

///

///

///

1  The parties further request that the Court refer this case to a U.S. Magistrate Judge for a
2  mandatory settlement conference to take place no later than **December 8, 2006**.
3  The parties further request that the representative of Dana Moreno's insurance company
4  be ordered to attend this mandatory settlement conference or be subject to sanctions (including
5  contempt of court) because at the prior VLSP session, the representative failed to comply with
6  this Court's Order.

```
                                             Respectfully submitted,

                                             KEVIN V. RYAN
                                             United States Attorney


Dated: October 27, 2006                           /s/ (Andrew Y.S. Cheng)
                                             ANDREW Y.S. CHENG
                                             Assistant United States Attorney


Dated: October 27, 2006                           /s/ (Philip Stillman)
                                             PHILIP STILLMAN
                                             Attorney for Plaintiff
```

## ORDER

The hearing date for the United States' motion for summary judgment or motion to dismiss is continued to **November 27, 2006, at 9:00 a.m.** Plaintiff's opposition brief shall be filed and served no later than **November 6, 2006.** Defendant's reply brief will be filed and served on **November 20, 2006**.

The case will be referred to a magistrate judge for a mandatory settlement conference that will occur no later than **December 8, 2006**. The Court is aware that Ms. Moreno is insured by McM Group in a professional liability policy and that no representative of this insurance company appeared at the prior mediation despite this Court's order.

///

1 |      This Court ORDERS the representative of McM Group – Program Division – Kenton
2 | Kaplan – to appear in person at this mandatory settlement conference WITH FULL
3 | SETTLEMENT AUTHORITY.  Failure to comply with this order may result in sanctions.
4 |      **IT IS SO ORDERED.**

Dated: October 31, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE