Law Offices
**FLYNN & STILLMAN**
224 Birmingham Drive, Suite 1A4
Cardiff, California  92007
(888) 235-4279

PHILIP H. STILLMAN, Bar # 152861

Attorneys for plaintiff, DAVID LASIC

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID LASIC, JR., an individual,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>DANA MORENO; and DOES 1 through 10 inclusive,<br><br>　　　　Defendants.<br>―――――――――――――――――――<br>DAVID LASIC, JR., an individual,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>UNITED STATES POSTAL SERVICE; UNITED STATES OF AMERICA; and DOES 1 through 10 inclusive,<br><br>　　　　Defendants. | CASE NO.: 2:05-cv-00161-MCE-DAD (Consolidated with Case No. 2:05-cv-2068 MCE-DAD)<br><br>**JOINT STIPULATION AND ORDER PERMITTING FILING OF OPPOSITION TO DEFENDANT'S SUMMARY JUDGMENT MOTION AND DEFENDANT'S REPLY**<br><br>Date:　　November 6, 2006<br>Time:　　None set<br>Ctrm:　　Hon. Morrison C. England |

　　Given that Plaintiff believes that the Defendant's Motion for Summary Judgment raises several complex legal and factual issues, and given that Plaintiff believes that for clarity and ease of the Court, a comprehensive factual analysis is required, which will in good faith require more than 20 pages currently permitted under the Court's Pretrial Order, the parties, by and through their respective attorneys, hereby stipulate that Plaintiff shall be permitted to file an Opposition to Defendant's Motion for Summary

Judgment of up to 30 pages in length and Defendant shall be permitted to file a Reply up to 20 pages in length.

Respectfully submitted,<br>
KEVIN V. RYAN<br>
United States Attorney

Dated: November 6, 2006

\_\_\_\_/s/_____
ANDREW Y.S. CHENG
Assistant United States Attorney

Dated: November 6, 2006

\_\_\_\_/s/_____
PHILIP STILLMAN
Attorney for Plaintiff

## ORDER

Good cause appearing, Plaintiff is given leave to file an oversized Opposition of up to 30 pages in length and Defendant is given leave to file a Reply of up to 20 pages.

**IT IS SO ORDERED.**

Dated: November 8, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE