UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID LASIC, JR., | No. 2:05-cv-0161-MCE-DAD |
| Plaintiff, | Consolidated No. 2:05-cv-2068-MCE-DAD |
| v. | **ORDER** |
| UNITED STATES OF AMERICA, ET AL., | |
| Defendants. | |

The request that a representative of McM GROUP-PROGRAM DIVISION be excused from attendance at the Mandatory Settlement Conference currently set for December 1, 2006 is DENIED.

IT IS SO ORDERED.

DATED: November 17, 2006

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE