UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

DAVID LASIC, JR., an
individual,

        2:05-CV-0161-MCE-JFM

     Plaintiff,

   v.              <u>MEMORANDUM AND ORDER</u>

DANA MORENO; UNITED STATES
POSTAL SERVICE;
UNITED STATES OF AMERICA; and
DOES 1 through 10 inclusive,

     Defendants.

----oo0oo----

    On December 1, 2006, a mandatory settlement conference ("Settlement Conference") in this matter proceeded before Magistrate Judge Gregory G. Hollows.  On October 31, 2006, this Court ordered that a representative of McM Group, Program Division ("McM Group") appear at that Settlement Conference in person with "FULL SETTLEMENT AUTHORITY."  *See* Joint Stip. And Order, October 31, 2006, P. 3.

///

1

1      In a letter dated November 17, 2006, counsel for McM Group
2  requested that it be excused from the foregoing Order to
3  personally appear at the Settlement Conference.  On that same
4  day, this Court issued an Order denying McM Group's request.  *See*
5  Order, November 17, 2006, Docket No. 70.

6      At the Settlement Conference, a less than global settlement
7  was reached due directly to McM Group's failure to personally
8  appear with full settlement authority in violation of this
9  Court's express order otherwise.

10     Consequently, the Court hereby issues an Order to Show Cause
11  re Sanctions for McM Group's failure to comply with the court's
12  order to produce a representative with full settlement authority
13  at the Settlement Conference.  McM Group shall appear for the
14  hearing on this matter on January 8, 2007, at 9:00 a.m., in
15  Courtroom 3.

16     Further, the matter of David Lasic, Jr. v. United States of
17  America is stayed.  The Court, however, retains jurisdiction on
18  the settlement agreement reached at the Settlement Conference.
19  Accordingly, the only remaining issues of liability are against
20  McM Group.

21  IT IS SO ORDERED.

22  DATED: December 12, 2006

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2