KEVIN V. RYAN (SBN 118321)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
ANDREW Y.S. CHENG (SBN 164613)
Assistant United States Attorney

    450 Golden Gate Avenue,10th Floor
    San Francisco, California 94102-3495
    Telephone:  (415) 436-6813
    Facsimile:   (415) 436-6748
    Email:      andrew.cheng@usdoj.gov

Attorneys for Federal Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| DAVID LASIC, JR., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA, DANA MORENO ET AL. <br><br> Defendant. | No. C 2:05cv-00161 MCE-DAD <br> (Consolidated with C 2:05 cv-2068-MCE) <br> **E-FILING CASE** <br><br> **JOINT STIPULATION AND ORDER TO CONTINUE DATES** |

     The case of *Lasic v. Dana Moreno*, C 2:05cv-00161 MCE-DAD is set for a jury trial on **February 14, 2007**.

     The parties, by and through their respective attorneys, request that the pre-trial hearing date be moved from **January 8, 2007** to **January 22, 2007**.

     The parties further request that the pre-trial filings, which are currently due on December 18, 2006 be due on **January 8, 2007.**

     Finally, the parties request that the trial be continued by one week from February 14, 2007 to **February 21, 2007**.

     The request is made for two reasons. First, the motion for summary judgment as to the *Bivens* claim against Dana Moreno is still pending. A ruling on that motion would guide the

parties as to what remains to be tried.

Second, plaintiff recently filed a motion for sanctions against defendant Dana Moreno requesting that this Court strike her Answer and enter default, and for monetary sanctions against her insurer, which is scheduled to be heard on January 8, 2007.

A ruling on the pending motion could affect the settlement posture of the case.

Respectfully submitted,

KEVIN V. RYAN
United States Attorney

Dated: Decenber 13, 2006

_____/s/_____
ANDREW Y.S. CHENG
Assistant United States Attorney

Dated: December 13, 2006

_____/s/_____
PHILIP STILLMAN
Attorney for Plaintiff

## ORDER

The pre-trial conference is continued from January 8, 2007 to **January 22, 2007 at 1:30 p.m.**.  The pre-trial filings, previously due on December 18, 2006, are now due on **January 8, 2007**.  The trial date shall be continued by one week to **February 21, 2007 at 09:00 a.m.**  The hearing on Plaintiff's motion for sanctions and OSC re Sanctions issued by the Court is continued from January 8, 2007 to January 22, 2007 at 09:00 a.m.

**IT IS SO ORDERED.**

DATED: December 15, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2