Law Offices
**FLYNN & STILLMAN**
224 Birmingham Drive, Suite 1A4
Cardiff, California  92007
(888) 235-4279

PHILIP H. STILLMAN, Bar # 152861

Attorneys for plaintiff, DAVID LASIC

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID LASIC, JR., an individual,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DANA MORENO; and DOES 1 through 10 inclusive,<br><br>　　　　　Defendants. | Case No.: 2:05-cv-0161-MCE-DAD<br><br>Consolidated with Case<br>No. 2:05-cv-2068-MCE-DAD<br><br>**JOINT STIPULATION AND ORDER CONTINUING FILING OF JOINT PRETRIAL CONFERENCE STATEMENT FROM JANUARY 8, 2007 TO JANUARY 10, 2007** |
| DAVID LASIC, JR., an individual,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES POSTAL SERVICE; UNITED STATES OF AMERICA; and DOES 1 through 10 inclusive,<br><br>　　　　　Defendants. | |

The parties, by and through their respective attorneys, hereby present the following Stipulation to the Court.

WHEREAS, the Pretrial Conference is set for January 22, 2007;

WHEREAS, the Pretrial Conference Statement is currently due on January 8, 2007;

WHEREAS, Counsel for Plaintiff has two summary judgment Replies due on January 5, 2007 that have made it difficult to timely finalize the Joint Pretrial Conference Statement; and

1  WHEREAS, the parties would like an additional two days to finalize the Pretrial Conference Statement,

2  NOW THEREFORE, the parties stipulate that the Pretrial Conference Statement may be filed on or before January 10, 2007, pending this Court's approval.

Respectfully submitted,
KEVIN V. RYAN
United States Attorney

Dated: January 5, 2007

_____/s/_____
ANDREW Y.S. CHENG
Assistant United States Attorney

Dated: January 5, 2007

_____/s/_____
PHILIP STILLMAN
Attorney for Plaintiff

## ORDER

Good cause appearing, the parties may file the Pretrial Conference Statement on or before January 10, 2007.

IT IS SO ORDERED.

DATED: January 12 2007

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE