UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

DAVID LASIC, JR., an individual,

        Plaintiff,

   v.

DANA MORENO; UNITED STATES POSTAL SERVICE; UNITED STATES OF AMERICA; and DOES 1 through 10 inclusive,

        Defendants.

2:05-cv-0161-MCE-JFM

MEMORANDUM AND ORDER

----oo0oo----

Through the present action, Plaintiff David Lasic, Jr. alleges his civil rights were violated when he was seized and maliciously prosecuted by Defendant Dana Moreno ("Moreno") and Defendant United States of America in violation of the Fourth Amendment of the United States Constitution.  Presently before the Court is Plaintiff David Lasic's Motion for Sanctions against McM Group, Kenton Kaplan, Samuel Zaif and The Law Firm of Dryden, Margoles, Schimaneck & Wertz.

1

Also before the Court is the Federal Defendant's Joinder in Plaintiff's Motion for Sanctions and an Opposition to Plaintiff's request that Moreno's Answer be stricken.  For the reasons set forth below, the Court grants the Motion for Sanctions against McM Group and Kenton Kaplan.  The Court denies the Motion insofar as it seeks relief against Samuel Zaif and The Law Firm of Dryden, Margoles, Schimaneck & Wertz.  The Court further denies the Motion insofar as it requests Moreno's Answer be stricken.

On October 31, 2006, this Court ordered that a representative of McM Group, Program Division ("McM Group") appear at a Mandatory Settlement Conference that was to proceed before Magistrate Judge Gregory G. Hollows on December 1, 2006. The Court specified that McM Group's representative, Kenton Kaplan, was to appear "in person ... WITH FULL SETTLEMENT AUTHORITY."  See Joint Stip. and Order, October 31, 2006, P. 3 (emphasis in original).  In a letter dated November 17, 2006, counsel for McM Group requested that it be excused from the foregoing Order to personally appear at that hearing.  On that same day, this Court issued an Order denying McM Group's request. See Order, November 17, 2006, Docket No. 70.

At the Settlement Conference before Judge Hollows, a less than global settlement was reached due directly to McM Group's failure of Kaplan to personally appear with full settlement authority.  That failure was in direct violation of this Court's express Order otherwise.  Consequently, the Court issued an Order to Show Cause.  Contemporaneously with that Order, Plaintiff and the Federal Defender filed Motions for Sanctions in this matter.
///

2

1    On January 22, 2007, the Court held a hearing on its Order
2 to Show Cause and the Motion for Sanctions.  During that
3 proceeding, Counsel for McM Group argued that it had no
4 obligation to appear given its position that the policy does not
5 apply to the present action.  Mr. Kaplan took the position that
6 he did not feel his presence at the hearing was mandatory despite
7 the Court's Order.
8    The Court finds McM Group and Kenton Kaplan have failed to
9 show sufficient cause for its blatant disregard of this Court's
10 clear Order.  Accordingly, sanctions are warranted.  McM Group
11 shall pay the hourly rate and expenses of Plaintiff's Counsel and
12 the Federal Defender's Counsel for time and resources expended.
13    McM Group is hereby ordered to tender the sum of $7,500.00
14 to Plaintiff's Counsel, Philip H. Stillman of Flynn & Stillman,
15 within twenty (20) days of the date of this Order.  McM Group is
16 further ordered to tender the sum of $2,500.00 to the United
17 States of America within twenty (20) days of the date of this
18 Order.  Kenton Kaplan is hereby ordered to personally tender the
19 sum of $500.00 to the Clerk of this Court within twenty (20) days
20 of the date of this Order. Declarations under penalty of perjury
21 stating that said sums have been tendered are to be filed with
22 this court not later than twenty five (25) days of the date of
23 this Order.
24    IT IS SO ORDERED.
25
26 Dated: January 25, 2007
27
28                              _____
                                MORRISON C. ENGLAND, JR.
                                UNITED STATES DISTRICT JUDGE